IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARCI HAMILTON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3598

_____/

Opinion filed November 2, 2017.

An appeal from the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

Paul M. Villeneuve of the Law Office of Paul M. Villeneuve, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, KELSEY, and M.K. THOMAS, JJ., CONCUR.